## WASSON *v*. DYER.

When all the errors assigned are based upon matter in the bill of exceptions and exceptions have not been duly reserved, there can be no ground for disturbing the judgment.

*Appeal from District Court of Rio Grande County.*

Messrs. WAKELY & WINSPEAR, and Messrs. PATTERSON & CAMPBELL, for appellant.

Mr. C. S. THOMAS, and Mr. JOHN G. TAYLOR, for appellee.

THATCHER, C. J. No exception was reserved to the admission or rejection of testimony or to the instruction of the court. Nor was any exception taken to the decision of the court in overruling the motion for a new trial. Even had such exception been taken, this court would not examine the evidence for the purpose of determining whether it sustains the verdict, as the record does not purport to contain all the evidence. As not one of the specifications of

error rests upon an exception duly reserved, and as every error assigned is based upon matters in the bill of exceptions, it is obvious that there is no ground for disturbing the judgment. The jugment must be affirmed.

*Affirmed.*